## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN ROGERS,** | : | **No. 3:26cv1135** |
| | : | |
| **Petitioner** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF PA,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, to wit, this 1st ___ day of May 2026, upon preliminary review of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The habeas petition is **DISMISSED without prejudice**. (Doc. 1).

2.  The Clerk of Court is directed to **CLOSE** this case.

3.  There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c); R. GOVERNING § 2254 CASES R. 11(a).

**BY THE COURT:**

JUDGE JULIA K. MUNLEY
United States District Court